**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-2115

LAURA TALT,

Plaintiff,

v.

MATRIX ABSENCE MANAGEMENT, INC. and RELIANCE STANDARD LIFE INSURANCE COMPANY,

Defendants.

---

**DEFENDANTS' NOTICE OF REMOVAL**

---

Matrix Absence Management, Inc. ("Matrix") and Reliance Standard Life Insurance Company ("Reliance")(jointly "Defendants"), by and through their attorneys, file this Notice of Removal pursuant to 28 U.S.C. §1331, 29 U.S.C. §1132(e) and 28 U.S.C. §1441(a), (b) and (c), removing the above captioned action from the District Court, Arapahoe County, Colorado to the United States District Court for the District of Colorado, and in support of this Notice, Defendants state as follows:

1. Plaintiff Laura Talt commenced the above-captioned action in the District Court, Arapahoe County, Colorado. A true and correct copy of the Complaint is attached hereto as Exhibit "A".

2. A Summons, Civil Case Cover Sheet, and copy of the Complaint and Jury Demand were served upon the Defendants on August 17, 2017. As such, Defendants' responsive pleading is not yet due in the State Court Action.

3. This action involves a claim for benefits under a group long term disability insurance policy issued by Defendant Reliance.

4. The Policy was established and maintained by Arthur J. Gallagher & Co. as an employee benefit for its various companies, including Plaintiff's former employer, Gallagher Benefits. Exhibit A, ¶ 17.

5. The Policy defines the "eligible class" as "each active, full-time employee except any person employed on a temporary or seasonal basis." See Policy, a copy of which is attached as Exhibit "B" at page 1.0.

6. As stated on page 1.1 of the Policy, Gallagher paid 100% of the premium costs for Plaintiff's coverage.

7. Based on the foregoing, The policy/plan is an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, *et seq*. because it was established and maintained by Gallagher for the purpose of providing disability benefits to plan participants. See Exhibit A, ¶ 17. *See also* 29 U.S.C. § 1002; *Peckham v. Gem State Mut.*, 964 F.2d 1043, 1047 (10th Cir. 1992) (citing *Donovan v. Dillingham*, 688 F.2d 1367, 1371 (11th Cir. 1982)).

8. A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. §§1441(c) as an action arising under federal law. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dedeaux*, 481 U.S. 41 (1987).

9. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132(e). As a civil action founded upon a

claim of right arising under the laws of the United States, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441(a), (b) and (c).

10. This Notice of Removal is being filed within thirty (30) days of Defendants' receipt of the Complaint, as required by 28 U.S.C. §1446(b).

11. Defendants will file a Notice of Filing of Notice of Removal in the pending State Court Action, which will also be served on Plaintiff and all other parties.

12. Defendants are filing concurrently with this Notice of Removal, a true and correct copy of all pleadings filed in the State Court Action pursuant to D.C.Colo.Local Rule 81.1, attached as "Exhibit C."

13. Defendants specifically reserves thier right to assert any and all defenses and affirmative matters in this case, including, but not limited to, any defenses available under Rule 12(b) of the Federal Rules of Civil Procedure. Nothing in this Notice of Removal is intended as a waiver or relinquishment of such rights.

14. All fees required by law in connection with this notice have been filed by Defendants.

WHEREFORE, Defendants remove the above-captioned matter now pending in the District Court, Arapahoe County, Colorado to the United States District Court for the District of Colorado.

Dated this 1st day of September, 2017.

Respectfully submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

BY: */s/ Scott D. Sweeney*
Scott D. Sweeney, #28854
Wilson Elser Moskowitz Edelman &
Dicker, LLP
1225 17th Street, 27th Floor
Denver, CO 80202
Telephone: 303.572.5300
Facsimile: 303.572.5301
Scott.sweeney@wilsonelser.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2017, a true and correct copy of the foregoing was filed with the Court via ICCES and served to all parties of record.

Anthony Viorst
THE VIORST LAW OFFICES, P.C.
950 South Cherry Street, Suite 300
Denver, CO 80246
*Attorneys for Plaintiff*

*/s/ Scott D. Sweeney*
Scott D. Sweeney